```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION
```

HARRY BROOKS,                    )
                                 )
            Petitioner,           )
                                 )
    v.                           )    No. 09 C 4682
                                 )
UNITED STATES ATTORNEY FOR THE   )
NORTHERN DISTRICT OF ILLINOIS,   )
                                 )
            Respondent.          )

MEMORANDUM

Case No. 09 C 4682 has been assigned to what this Court's August 5, 2009 memorandum order ("Order") referred to as "a self-prepared single-spaced document captioned "Complaint of 7/31/09 Including Petiton [sic] for Immediate Emergency Injunctive Relief," brought against the United States Attorney for the Northern District of Illinois" by Harry Brooks ("Brooks"). After the Order explained why Brooks' accompanying In Forma Pauperis Application ("Application") had to be denied under established law and allowed Brooks something over two weeks within which to file the required $350 filing fee, Brooks has written out and filed several so-called emergency motions but has failed to show up to present any of them (most recently this morning), thus repeatedly flouting the requirement imposed by this District Court's Rules on anyone who seeks to bring any motion before the judge assigned to a case.

Most recently Robert More ("More"), purporting to act as amicus curiae on Brooks' behalf, has emailed to this Court two

purported "emergency motions."  Even apart from questions as to More's standing to do so (nothing is said by him on that score), both of those multipage single spaced documents is a sprawling and prolix submission that does little to bring some order out of the earlier chaotic presentations by Brooks.

Nonlawyers' filings are allowed added leeway (see Haines v. Kerner, 404 U.S. 519, 520-21 (1972)(per curiam)), but such nonlawyers remain required to comply with the procedural requirements applicable to all litigants.  When Brooks again failed to appear today, this Court directed the Assistant United States Attorney who did attend to monitor any future notices.  As and when Brooks does bring an issue properly before this Court, it hopes to be in a position to deal with the matter.  Meanwhile the Order remains in effect in accordance with its terms.

_____
Milton I. Shadur
Senior United States District Judge

Date:  August 18, 2009